UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAESEAN VANHOOK,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT BURTON,<br><br>　　　　Respondent. | No. 2:20-cv-00105-TLN-KJN<br><br>**ORDER** |

Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 1, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 1, 2020, are ADOPTED IN FULL.
2. Respondent's motion to dismiss (ECF No. 6) is GRANTED.

1

3. Petitioner's motion for stay (ECF No. 10) is DENIED.

4. This action is DISMISSED without prejudice.

5. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: October 6, 2020

Troy L. Nunley
United States District Judge